IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01582-WDM-KLM

PIONEER NATURAL RESOURCES, USA, INC.,

    Plaintiff(s),

v.

HARWEST INDUSTRIAL MINERALS CORPORATION,
ALLAN G. PROVOST,
HARRISON WESTERN CONSTRUCTION CORPORATION,
HW PROCESS TECHNOLOGIES, INC.,
KENNETH A. BRUNK,

    Defendants and Counterclaimants,

v.

STEVEN HERRON, an individual, and
JAY STILL, an individual,

    Third Party Defendants,

v.

ERIC BRUNK and
DON MCCARTHY, individuals,

    Third Party Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on the Parties' **Joint Motion for Temporary Stay of Litigation and to Vacate Scheduling Conference** [Docket No. 35; filed October 23, 2007] (the "Motion").

IT IS HEREBY ORDERED that the Motion is **GRANTED.**  Accordingly,

Effective immediately, litigation will be temporarily stayed for **ninety (90) days**, up to and including **January 21, 2008**;

Pioneer Natural Resources, USA, Inc. ("Pioneer") need not respond to Harwest Industrial Minerals Corporation's ("HIMC") counterclaim or the Motion to Dismiss filed by Harrison Western Construction Corporation ("HWCC") and HW Process Technologies, Inc. ("HWPT") until twenty (20) days after the stay in this matter has expired or is vacated;

Jay Still ("Still") need not respond to HIMC's third party claims until twenty (20) days after the stay in this matter has expired or is vacated;

HIMC need not respond to Steven Herron's ("Herron") counterclaims until twenty (20) days after the stay in this matter has expired or is vacated;

Eric Brunk and Don McCarthy need not respond to Herron's third party claims until twenty (20) days after the stay in this matter has expired or is vacated;

Allan G. Provost and Kenneth A. Brunk need not respond to Pioneer's first amended complaint or Herron's third party claims until twenty (20) days after the stay in this matter has expired or is vacated;

No discovery shall be initiated or undertaken until twenty (20) days after the stay in this matter has expired or is vacated;

All disclosure and other obligations under Fed. R. Civ. P. 16 and 26 are suspended until thirty (30) days after the stay in this matter has expired or is vacated, or as otherwise determined by the Court;

IT IS FURTHER ORDERED that the scheduling conference currently set for **December 5, 2007** is **RESET** as a **status conference.**  If this action has not been previously dismissed, parties are directed to appear at the appointed time to report on the status of their settlement and purchase negotiations.

Dated:  October 31, 2007