IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01582-WDM-KLM

PIONEER NATURAL RESOURCES USA, INC.,

    Plaintiff,

v.

HARWEST INDUSTRIAL MINERALS CORPORATION, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 2, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL